Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  San Tan Air Conditioning Comfort Professionals, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  47-3258061

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3616 E. Aspen Court<br>San Tan Valley, AZ 85140<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Pinal<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.SanTanACRepair.com

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor  San Tan Air Conditioning Comfort Professionals, Inc.          Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    2382

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | San Tan Air Conditioning Comfort Professionals, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

  ☐ It needs to be physically secured or protected from the weather.

  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  ☐ Other _____

  **Where is the property?** _____
     Number, Street, City, State & ZIP Code

  **Is the property insured?**
  ☐ No
  ☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | San Tan Air Conditioning Comfort Professionals, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/18/2023
              MM / DD / YYYY

**X** /s/ Lucia Rivas                              Lucia Rivas
Signature of authorized representative of debtor        Printed name

                                                                                Office@staccp.com
                                                                                Email Address of debtor

Title    Vice-President

**18. Signature of attorney**

**X** /s/ James F. Kahn                      Date    8/18/2023
Signature of attorney for debtor                              MM / DD / YYYY

James F. Kahn 003063
Printed name

Kahn & Ahart, PLLC
Firm name

Bankruptcy Legal Center™
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012-1266
Number, Street, City, State & ZIP Code

Contact phone    602-266-1717        Email address    James.Kahn@azbk.biz

003063 AZ
Bar number and State

Case 4:23-bk-05651-SHG    Doc 1    Filed 08/18/23    Entered 08/18/23 01:03:38    Desc
Official Form 201                             **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                      page 4
Main Document      Page 4 of 15

# Form 1120-S — U.S. Income Tax Return for an S Corporation

Form **1120-S**
Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2020**

For calendar year 2020 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date: 01/01/17 | Name: **SAN TAN AIR CONDITIONING COMFORT** | **D** Employer identification number: **47-3258061** |
| **B** Business activity code number (see instructions): **238220** | Number, street, and room or suite no.: **581 W REEVES AVE** | **E** Date incorporated: **01/14/2015** |
| **C** Check if Sch. M-3 attached: ☐ | City or town, state or province, country, and ZIP or foreign postal code: **SAN TAN VALLEY  AZ  85140** | **F** Total assets (see instructions): $ **83,729** |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No  If "Yes," attach Form 2553 if not already filed
**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ **1**
**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

## Income

| Line | Description | | Amount |
|---|---|---|---:|
| 1a | Gross receipts or sales | 1a  806,267 | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 806,267 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 436,872 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 369,395 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 369,395 |

## Deductions (see instructions for limitations)

| Line | Description | Amount |
|---|---|---:|
| 7 | Compensation of officers (see instructions–attach Form 1125-E) | 43,200 |
| 8 | Salaries and wages (less employment credits) | 120,574 |
| 9 | Repairs and maintenance | 11,525 |
| 10 | Bad debts | |
| 11 | Rents | 1,102 |
| 12 | Taxes and licenses | 16,328 |
| 13 | Interest (see instructions) | 1,688 |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 44,057 |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | |
| 16 | Advertising | 9,129 |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | 667 |
| 19 | Other deductions (attach statement)  SEE STMT 1 | 97,068 |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 345,338 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 24,057 |

## Tax and Payments

| Line | Description | | Amount |
|---|---|---|---:|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120-S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2020 estimated tax payments and 2019 overpayment credited to 2020 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Reserved for future use | 23d | |
| e | Add lines 23a through 23d | 23e | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26: Credited to 2021 estimated tax ▶ _____ Refunded ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: **MIGUEL RIVAS**    Date: _____    Title: **PRESIDENT**

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| CHRISTINE BLANKENSHIP, CPA | CHRISTINE BLANKENSHIP, CPA | 05/04/21 | ☐ | P00592457 |

Firm's name ▶ **INNOVATIVE CPA SOLUTIONS, LLC**  Firm's EIN ▶ ▓▓▓2502
Firm's address ▶ **19443 S 199TH PL, QUEEN CREEK, AZ  85142**  Phone no. **480-869-4553**

For Paperwork Reduction Act Notice, see separate instructions.

DAA    Form **1120-S** (2020)

## Schedule B — Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: **a** [X] Cash **b** [ ] Accrual **c** [ ] Other (specify) ▶ | | |
| 2 | See the instructions and enter the: **a** Business activity ▶ AC REPAIRS **b** Product or service ▶ SERVICE | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? If "Yes," complete lines (i) and (ii) below. | | X |
| | **(i)** Total shares of restricted stock ▶ | | |
| | **(ii)** Total shares of non-restricted stock ▶ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? If "Yes," complete lines (i) and (ii) below. | | X |
| | **(i)** Total shares of stock outstanding at the end of the tax year ▶ | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed ▶ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ [ ] If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions ▶ $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. If "Yes," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | X |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2020)

## Schedule B — Other Information (see instructions) *(continued)*

|  |  | Yes | No |
|---|---|:---:|:---:|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? |  | X |
|  | If "Yes," enter the amount of principal reduction ▶ $ |  |  |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions |  | X |
| 14a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? |  | X |
| b | If "Yes," did the corporation file or will it file required Forms 1099? |  |  |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? |  | X |
|  | If "Yes," enter the amount from Form 8996, line 15 ▶ $ |  |  |

## Schedule K — Shareholders' Pro Rata Share Items

### Income (Loss)

| | | | Total amount |
|---|---|---|---:|
| 1 | Ordinary business income (loss) (page 1, line 21) | **1** | 24,057 |
| 2 | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| 3a | Other gross rental income (loss) ........ 3a | | |
| b | Expenses from other rental activities (attach statement) ....... 3b | | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| 4 | Interest income | **4** | 3 |
| 5 | Dividends: a Ordinary dividends | **5a** | |
|  | b Qualified dividends ........ 5b | | |
| 6 | Royalties | **6** | |
| 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **7** | |
| 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **8a** | |
| b | Collectibles (28%) gain (loss) ........ 8b | | |
| c | Unrecaptured section 1250 gain (attach statement) ........ 8c | | |
| 9 | Net section 1231 gain (loss) (attach Form 4797) | **9** | |
| 10 | Other income (loss) (see instructions) ........ Type ▶ | **10** | |

### Deductions

| | | | |
|---|---|---|---|
| 11 | Section 179 deduction (attach Form 4562) | **11** | |
| 12a | Charitable contributions | **12a** | |
| b | Investment interest expense | **12b** | |
| c | Section 59(e)(2) expenditures ........ Type ▶ | **12c** | |
| d | Other deductions (see instructions) ........ Type ▶ | **12d** | |

### Credits

| | | | |
|---|---|---|---|
| 13a | Low-income housing credit (section 42(j)(5)) | **13a** | |
| b | Low-income housing credit (other) | **13b** | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| d | Other rental real estate credits (see instructions) ... Type ▶ | **13d** | |
| e | Other rental credits (see instructions) ........ Type ▶ | **13e** | |
| f | Biofuel producer credit (attach Form 6478) | **13f** | |
| g | Other credits (see instructions) ........ Type ▶ | **13g** | |

### Foreign Transactions

| | | | |
|---|---|---|---|
| 14a | Name of country or U.S. possession ▶ | | |
| b | Gross income from all sources | **14b** | |
| c | Gross income sourced at shareholder level | **14c** | |
|  | Foreign gross income sourced at corporate level | | |
| d | Reserved for future use | **14d** | |
| e | Foreign branch category | **14e** | |
| f | Passive category | **14f** | |
| g | General category | **14g** | |
| h | Other (attach statement) | **14h** | |
|  | Deductions allocated and apportioned at shareholder level | | |
| i | Interest expense | **14i** | |
| j | Other | **14j** | |
|  | Deductions allocated and apportioned at corporate level to foreign source income | | |
| k | Reserved for future use | **14k** | |
| l | Foreign branch category | **14l** | |
| m | Passive category | **14m** | |
| n | General category | **14n** | |
| o | Other (attach statement) | **14o** | |
|  | Other information | | |
| p | Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued ........ ▶ | **14p** | |
| q | Reduction in taxes available for credit (attach statement) | **14q** | |
| r | Other foreign tax information (attach statement) | | |

Form 1120-S (2020)  SAN TAN AIR CONDITIONING COMFORT    47-3258061                Page **4**

## Schedule K    Shareholders' Pro Rata Share Items *(continued)*

| | | Total amount |
|---|---|---:|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** -132 |
| | **b** Adjusted gain or loss | **15b** |
| | **c** Depletion (other than oil and gas) | **15c** |
| | **d** Oil, gas, and geothermal properties – gross income | **15d** |
| | **e** Oil, gas, and geothermal properties – deductions | **15e** |
| | **f** Other AMT items (attach statement) | **15f** |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | **16a** |
| | **b** Other tax-exempt income | **16b** |
| | **c** Nondeductible expenses | **16c** 5,655 |
| | **d** Distributions (attach statement if required) (see instructions) | **16d** 27,744 |
| | **e** Repayment of loans from shareholders | **16e** |
| **Other Information** | **17a** Investment income | **17a** 3 |
| | **b** Investment expenses | **17b** |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** |
| | **d** Other items and amounts (attach statement)  **SEE STATEMENT 2** | |
| **Reconciliation** | **18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | **18** 24,060 |

## Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---:|---:|---:|---:|
| **1** | Cash | | 37,774 | | 34,637 |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | ( ) | | ( ) | |
| **3** | Inventories | | | | |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach statement) | | | | |
| **7** | Loans to shareholders | | | | 45,000 |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 49,649 | | 90,979 | |
| **b** | Less accumulated depreciation | ( 42,830) | 6,819 | ( 86,887) | 4,092 |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | ( ) | | ( ) | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | ( ) | | ( ) | |
| **14** | Other assets (attach statement) | | | | |
| **15** | Total assets | | 44,593 | | 83,729 |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach statement) **STMT 3** | | 34,545 | | 45,360 |
| **19** | Loans from shareholders | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | 37,660 |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | | | |
| **23** | Additional paid-in capital | | | | |
| **24** | Retained earnings | | 10,048 | | 709 |
| **25** | Adjustments to shareholders' equity (attach statement) | | | | |
| **26** | Less cost of treasury stock | | ( ) | | ( ) |
| **27** | Total liabilities and shareholders' equity | | 44,593 | | 83,729 |

Form **1120-S** (2020)

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| # | Description | Amount | # | Description | Amount |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 18,405 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ 5,655 | | | | |
| | | 5,655 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 24,060 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 24,060 |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | | 10,048 | | |
| 2 | Ordinary income from page 1, line 21 | 24,057 | | | |
| 3 | Other additions        STMT 4 | 3 | | | |
| 4 | Loss from page 1, line 21 | ( ) | | | |
| 5 | Other reductions      STMT 5 | ( 5,655) | | | ( ) |
| 6 | Combine lines 1 through 5 | 18,405 | 10,048 | | |
| 7 | Distributions | 18,405 | 9,339 | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 0 | 709 | | |

Form **1120-S** (2020)

| Form **1125-A** | Cost of Goods Sold | | OMB No. 1545-0123 |
|---|---|---|---|
| (Rev. November 2018) Department of the Treasury Internal Revenue Service | ᵤ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. ᵤ Go to *www.irs.gov/Form1125A* for the latest information. | | |

| Name | Employer identification number |
|---|---|
| SAN TAN AIR CONDITIONING COMFORT | 47-3258061 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 403,447 |
| 3 | Cost of labor | 3 | 22,809 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) **STMT 6** | 5 | 10,616 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 436,872 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 436,872 |

**9a** Check all methods used for valuing closing inventory:
   *(i)*   [X] Cost
   *(ii)*   [ ] Lower of cost or market
   *(iii)*   [ ] Other (Specify method used and attach explanation.) ᵤ
**b** Check if there was a writedown of subnormal goods ᵤ [ ]
**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ᵤ [ ]
**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO    **9d**
**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions    [ ] Yes   [X] No
**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation    [ ] Yes   [X] No

**For Paperwork Reduction Act Notice, see instructions.**      Form **1125-A** (Rev. 11-2018)

# DECLARATION OF LUCIA RIVAS
# PURSUANT TO § 1116(1)(B)

I, Lucia Rosario Rivas, declare that:

1. I am a Director and the Vice-President of San Tan Air Conditioning Comfort Professionals, Inc., the Debtor;

2. I am personally familiar with the facts which are the subject matter of this Declaration.

3. No Statement of Operations or Cash-Flow Statement has been prepared on behalf of the Debtor.

I, Lucia Rivas, verify under penalty of perjury that the foregoing is true and correct. EXECUTED on this 17th day of August, 2023.

        SAN TAN AIR CONDITIONING COMFORT
        PROFESSIONALS, INC.

        */s/ Lucia Rivas*
        Lucia Rosario Rivas
        Its: Vice-President

23135.d08 Decl re § 1116(1)(B).docx

# San Tan AC Comfort Professionals

## Balance Sheet
As of August 17, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|    Bank Accounts | |
|     Cash on hand | -6,432.00 |
|     Clearing account | -245,788.46 |
|     Dalton 6982 | 0.00 |
|     WF Checking 2288 | -247,069.71 |
|     WF Savings 7269 | 0.95 |
|    **Total Bank Accounts** | **$ -499,289.22** |
|    Accounts Receivable | |
|     Accounts Receivable (A/R) | 104,412.58 |
|    **Total Accounts Receivable** | **$104,412.58** |
|    Other Current Assets | |
|     130 Prepaid Liabilties | -1,145.54 |
|     Inventory Asset | 6,836.44 |
|     Payroll Refunds | 0.00 |
|     Undeposited Funds | 545,807.27 |
|    **Total Other Current Assets** | **$551,498.17** |
|   **Total Current Assets** | **$156,621.53** |
|   Fixed Assets | |
|    2006 Chevy 2600 Heavy Duty | 23,550.00 |
|    2020 Chevy Silverado 15 | 41,330.00 |
|    Accumulated Depreciation | -89,615.24 |
|    Fixed Assets | 2,297.24 |
|    Trailer | 3,500.00 |
|   **Total Fixed Assets** | **5,797.24** |
|    Pro Master Ram | 23,352.48 |
|   **Total Fixed Assets** | **$4,414.48** |
| **TOTAL ASSETS** | **$161,036.01** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|    Current Liabilities | |
|     Accounts Payable | |
|      Accounts Payable (A/P) | 51,020.53 |
|     **Total Accounts Payable** | **$51,020.53** |
|     Credit Cards | |
|      8312 Jarrod | 3,026.30 |
|      Hilton Honors Card (2008) - 5 | 17,741.29 |
|      Jesus 1713 | -42.06 |
|      Main Card 1878 (replaces 9175) | -6,408.03 |
|     **Total Credit Cards** | **$14,317.50** |
|     Other Current Liabilities | |
|      Direct Deposit Payable | 0.00 |

# San Tan AC Comfort Professionals

## Balance Sheet
### As of August 17, 2023

|  | TOTAL |
|---|---:|
| Federal Taxes | 0.00 |
| Loan Payable - Elodia Rivas | 5,000.00 |
| Payroll Liabilities | 0.00 |
|   AZ Income Tax | -418.10 |
|   AZ Unemployment Tax | 45.74 |
|   Child Support | -2,258.10 |
|   Child Support/0600099/Remit ID# 200000001490405 | 3,276.66 |
|   Federal Taxes (941/944) | 817.95 |
|   Federal Unemployment (940) | 171.00 |
|   Medical Insurance - SimplyInsured | 6,180.51 |
|   Shadd Croshaw - Clearing House | 0.00 |
|   Vision Insurance - SimplyInsured | 83.93 |
| **Total Payroll Liabilities** | **7,899.59** |
|   Stripe Capital (via Housecall Pro) - Loan 02/23/2023 | 25,927.08 |
| **Total Other Current Liabilities** | **$38,826.67** |
| **Total Current Liabilities** | **$104,164.70** |
| Long-Term Liabilities |  |
|   $19,437 SBA PPP Loan (5/8/20) | 19,437.00 |
|   Capital One - 2020 Chevy Note | 23,279.53 |
|   Wells Fargo Note Payable | 0.00 |
| **Total Long-Term Liabilities** | **$42,716.53** |
| **Total Liabilities** | **$146,881.23** |
| Equity |  |
|   Contributions | 102,850.00 |
|   Distributions | -798,743.40 |
|   Opening Balance Equity | -107.54 |
|   Retained Earnings | 618,409.85 |
|   Net Income | 91,745.87 |
| **Total Equity** | **$14,154.78** |
| **TOTAL LIABILITIES AND EQUITY** | **$161,036.01** |

Balance Sheet has known errors (working to correct).
Prepared for Internal use only; subject to verification and audit.

# San Tan AC Comfort Professionals

## Profit and Loss
### January 1 - August 17, 2023

|  | TOTAL |
|---|---:|
| **Income** |  |
|   Discounts given | -3,655.00 |
|   Plumbing Income | 218,471.75 |
|   Sales of Product Income | 245,020.00 |
|   Service Income | 161,135.96 |
|   Uncategorized Income | -29,377.90 |
| **Total Income** | **$591,594.81** |
| **Cost of Goods Sold** |  |
|   460 Reimbursments | 7,477.95 |
|   Cleanup Expenses | 116.56 |
|   Cost of Goods Sold |  |
|     Unit Costs | 164,109.07 |
|   **Total Cost of Goods Sold** | **164,109.07** |
|   Housecall Pro Payment Processing Fee | 689.04 |
|   Job Materials | 76,985.70 |
|   Merchant Account Fees | 673.96 |
|   sub labor | 11,100.00 |
|   Subcontractor Expense | 14,875.00 |
| **Total Cost of Goods Sold** | **$276,027.28** |
| **GROSS PROFIT** | **$315,567.53** |
| **Expenses** |  |
|   Accounting Fees | 925.00 |
|   Advertising | 2,865.16 |
|     Gifts | 3,774.43 |
|   **Total Advertising** | **6,639.59** |
|   Answering Telephone Service | 1,641.53 |
|   Bank/Merchant Service Charges | 791.42 |
|   Computer and Internet Expenses | 1,887.04 |
|   Dues and Subscriptions | 829.36 |
|   Employee Benefits |  |
|     Health Insurance | 133.90 |
|   **Total Employee Benefits** | **133.90** |
|   Equipment Rental | 31.28 |
|   Finance costs | 428.34 |
|   Insurance | 2,786.59 |
|     Insurance - General Liability | 4,604.75 |
|   **Total Insurance** | **7,391.34** |
|   Interest Expense | 457.46 |
|   Meals | 3,297.01 |
|   Office Supplies | 16.23 |
|   Payroll Expenses |  |
|     Employer Taxes | 9,619.77 |
|     Insurance - Workers Comp | 830.11 |

Prepared for Internal use only, subject to verification and audit

# San Tan AC Comfort Professionals

## Profit and Loss
### January 1 - August 17, 2023

|  | TOTAL |
|---|---:|
| Salaries and Wages | 122,249.33 |
| **Total Payroll Expenses** | **132,699.21** |
| Professional Fees | 4,465.68 |
| Repair & Maintenance | 109.00 |
| Software | 1,862.96 |
| Storage | 10,323.46 |
| Stripe Capital (via Housecall Pro) - Fees | 59.40 |
| Suspense | 32,237.35 |
| Telephone Expense | 1,125.11 |
| Travel | 279.95 |
| Uncategorized Expense | 4,039.74 |
| Uniforms | 50.00 |
| Utilities | 4,212.11 |
| Vehicle Expenses | 580.25 |
|   Auto Insurance | 4,184.68 |
|   Gas for Vehicles | 5,404.61 |
|   Parking | 10.00 |
|   Repairs and Maintenance | 930.81 |
|   Vehicle Registration | 3.00 |
| **Total Vehicle Expenses** | **11,113.35** |
| Water and Ice | 158.83 |
| **Total Expenses** | **$227,205.65** |
| NET OPERATING INCOME | $88,361.88 |
| Other Income | |
|   Insurance Claim | 4,345.08 |
|   Interest Earned | 0.02 |
| **Total Other Income** | **$4,345.10** |
| Other Expenses | |
|   Other Miscellaneous Expense | |
|     Property Loss (Customers) | 961.11 |
|   **Total Other Miscellaneous Expense** | **961.11** |
| **Total Other Expenses** | **$961.11** |
| NET OTHER INCOME | $3,383.99 |
| NET INCOME | $91,745.87 |

*Income is accurate through 8/17/2023. Expenses are not categorized completely for 2023.